**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Erick David LOPEZ, aka Spooky, Defendant–Appellant.**

No. 09–10326.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Sept. 27, 2010.

Laurie K. Gray, Esquire, Assistant U.S., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Peter Goodman, Law Office of Peter Goodman, San Francisco, CA, for Defendant–Appellant.

Before: SILVERMAN, CALLAHAN, N.R. SMITH, Circuit Judges.

MEMORANDUM **

Erick David Lopez appeals from his conviction and 360–day sentence for being an illegal alien in possession of a firearm, in violation of 18 U.S.C. § 922(g)(5)(A), and for illegal reentry, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Lopez seeks to challenge the district court's denial of his motion to suppress evidence of a firearm discovered during a traffic stop. The government contends that Lopez's appeal is moot because he stipulated that he possessed a firearm which in turn formed the basis of his conviction. Giving Lopez the benefit of the doubt that his appeal is not moot, *see United States v. Larson,* 302 F.3d 1016, 1020–22 (9th Cir.2002) (discussing when an appeal may be moot following a stipulation), we conclude that the district court did not err in denying Lopez's motion to suppress, *see United States v. Wallace,* 213 F.3d 1216, 1220 (9th Cir.2000).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.